United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS K. YIM,

    Petitioner,

    v.

ROBERT W. FOX,

    Respondent.

Case No. 16-cv-05999-SI

**ORDER EXTENDING DEADLINE**

Re: Dkt. No. 16

Petitioner's request for an extension of the deadline to file his traverse is GRANTED. (Docket No. 16.) No later than **April 28, 2017,** petitioner must file and serve his traverse.

    **IT IS SO ORDERED**.

Dated: March 3, 2017

_____
SUSAN ILLSTON
United States District Judge