UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS K. YIM,

    Plaintiff.

    v.

ROBERT W. FOX,

    Defendant.

Case No. 16-cv-05999-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 5, 2017

_____
SUSAN ILLSTON
United States District Judge