UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. YIM,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT W. FOX,<br><br>    Respondent. | Case No. 16-cv-05999-SI<br><br>**ORDER EXTENDING DEADLINE TO REQUEST A CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 22 |

Petitioner's motion for a 30-day extension of the deadline for him to file a request for a certificate of appealability is GRANTED. (Docket No. 22.) Petitioner must file any request for a certificate of appealability no later than **December 3, 2017**.

**IT IS SO ORDERED**.

Dated: October 27, 2017

*Susan Illston*
_____
SUSAN ILLSTON
United States District Judge