UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. YIM,<br>　　　　Petitioner,<br>　　v.<br>ROBERT W. FOX,<br>　　　　Respondent. | Case No. 16-cv-05999-SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 28 |

Petitioner's request for a certificate of appealability is DENIED. Docket No. 28. This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c).

**IT IS SO ORDERED**.

Dated: November 28, 2017

_____
SUSAN ILLSTON
United States District Judge